UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>        Defendants. | Case No. 21-cv-05598-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

On July 26, 2021, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") because Plaintiff had not fully answered question numbers 1, 5, 6, 7, and 9. (Dkt. No. 5.) The Court ordered Plaintiff to submit an amended IFP application that was completed in full within three weeks of the date of the order, or to pay the filing fee. (*Id.*) Thus, Plaintiff's amended IFP application or filing fee was due by August 16, 2021.

As of the date of this order, Plaintiff has not filed an amended IFP application or paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 30, 2021**, why the Court should not issue a report and recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 13, 2021

KANDIS A. WESTMORE
United States Magistrate Judge